**Fill in this information to identify the case:**

Debtor 1    Sigrid C. Thurston

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Maryland

Case number   18-10117

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:    9   6   2   0

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $   2,858.61

---

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____ 78.49     New escrow payment: $ _____ 1,378.50

---

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

---

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

---

Debtor 1    <u>Sigrid C. Thurston</u>                                   Case number *(if known)* <u>18-10117</u>
            First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ D. Anthony Sottile</u>                                    Date    <u>11-9-2020</u>
   Signature

Print:    <u>D. Anthony Sottile</u>                        Title    <u>Authorized Agent for Creditor</u>
          First Name    Middle Name    Last Name

Company    <u>Sottile & Barile, LLC</u>

Address    <u>394 Wards Corner Road, Suite 180</u>
           Number        Street

           <u>Loveland</u>                    <u>OH</u>    <u>45140</u>
           City                          State    ZIP Code

Contact phone    <u>513-444-4100</u>                        Email    <u>bankruptcy@sottileandbarile.com</u>



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

SIGRID THURSTON                           YOUR LOAN NUMBER: ▮▮▮▮▮▮
6003 QUEENS CHAPEL R
HYATTSVILLE          MD 20782

                                          DATE: 10/30/20

        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION  ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    12/20 THROUGH    11/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    12/20 THROUGH    11/21 ------
              HOMEOWNERS INS            993.64
              MISCELLANEOUS T         10859.92

          TOTAL PAYMENTS FROM ESCROW    11853.56

          MONTHLY PAYMENT TO ESCROW        987.79 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/20 THROUGH    11/21--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | | REQUIRED |
|---|---|---|---|---|---|---|
| | | | ACTUAL STARTING BALANCE | -12330.48 | | 6423.60 |
| DEC 20 | 987.79 | 5429.96 | MISCELLANEOUS T | -16772.65 | | 1981.43 |
| JAN 21 | 987.79 | 993.64 | HOMEOWNERS I ALP | -16778.50 | RLP | 1975.58 |
| FEB 21 | 987.79 | | | -15790.71 | | 2963.37 |
| MAR 21 | 987.79 | | | -14802.92 | | 3951.16 |
| APR 21 | 987.79 | | | -13815.13 | | 4938.95 |
| MAY 21 | 987.79 | | | -12827.34 | | 5926.74 |
| JUN 21 | 987.79 | | | -11839.55 | | 6914.53 |
| JUL 21 | 987.79 | | | -10851.76 | | 7902.32 |
| AUG 21 | 987.79 | | | -9863.97 | | 8890.11 |
| SEP 21 | 987.79 | 5429.96 | MISCELLANEOUS T | -14306.14 | | 4447.94 |
| OCT 21 | 987.79 | | | -13318.35 | | 5435.73 |
| NOV 21 | 987.79 | | | -12330.56 | | 6423.52 |

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -18754.08.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.￠

                        Page 1

████████████████

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                          1480.11
           ESCROW (1/12TH OF ANNUAL ANTICIPATED           987.79
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG         0.00
           PLUS: SHORTAGE PAYMENT                         390.71
           MINUS: SURPLUS CREDIT                            0.00
           ROUNDING ADJUSTMENT                              0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS               0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/20     2858.61
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      1975.58.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      1975.58.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
05/17        1238.16        06/17        1238.16        07/17        25818.40    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                        00/00        0.00
00/00        0.00                        00/00        0.00
00/00        0.00                        00/00        0.00

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078.  Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a
discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that
obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand
for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such
bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-10117 |
| Sigrid C. Thurston | Chapter 13 |
| Debtor. | Judge Lori S. Simpson |

## CERTIFICATE OF SERVICE

I certify that on November 9, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

James R. Logan, Debtor's Counsel
jamesrloganpa@gmail.com

Timothy P. Branigan, Chapter 13 Trustee
cmecf@chapter13maryland.com

Office of the United States Trustee
(registeredaddress)@usdoj.gov

I further certify that on November 9, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Sigrid C. Thurston, Debtor
6003 Queens Chapel Rd
Hyattsville, MD 20782-3074

Dated: November 9, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com